IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:19-CR-00770 HEA PLC |
| ANTHONY LEMICY, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Colleen C. Lang, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with:

   (a) an offense for which a maximum term of imprisonment of ten years or more

   (b) an offense involving a minor victim, specifically 2251 (Production of Child Pornography)

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will

reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3. St. Louis City police officers originally arrested Lemicy on these charges on July 25, 2019, but released him for further investigation. The Circuit Attorney's Office filed an at-large warrant for Lemicy's arrest on August 6, 2019.  In the short time between the arrest and the warrant being filed, the defendant had moved to Washington State. Federal Agents finally located the defendant at the end of August in Washington State. Federal Agents tracked the defendant down on August 29, 2019. When the FBI went into the home in Tacoma, Washington, where the defendant was staying with friends, to arrest him, the defendant was located hiding in a Dryer in the home (as in a washer/dryer).  Furthermore, the defendant has past arrests but no convictions for:  March 8, 2008 – Statutory Sodomy 1st degree from St. Louis City Police; July 25, 2010 – Forcible Sodomy St. Louis City Police; 2005 – Sexual Assault of a Child, Gilmer Texas PD.

4. There is a serious risk that the defendant will flee.

5. The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Colleen C. Lang*
COLLEEN C. LANG, #56872MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor

St. Louis, Missouri 63102
(314) 539-2200