United States District Court
Eastern District of Missouri
Eastern Division

| United States of America | Cause No. 4:19 CR 770 hea |
|---|---|
| vs. | Motion: |
| ANTHONY LEMICY | Suppression of Evidence Hearing |

I am writing today, pro se, to ask the Court humbly to set a date for an oral hearing for suppression of evidence, at the Court's earliest convience.

Thank you for your time and trouble in this matter.

I Anthony Lemicy, declare under penalty of perjury, pursuant to 28 U.S.C 1746, that the foregoing is true and correct.

Signed on this 28th day of May 2020

JOHN RUESSLER
Notary Public - Notary Seal
STATE OF MISSOURI
STE. GENEVIEVE COUNTY
My Commission Expires November 14, 2022
Commission #18109860

Respectfully submitted

Anthony Lemicy

Anthony Lemley #72889
5 Basler Drive
Ste. Genevieve, MO 63670

RECEIVED
MAY 29 2020
BY MAIL

MAILED FROM
STE
CO
DETENTION CENTER

Clerk of Court
111 S. Tenth St - suite 3.300
St. Louis, MO 63101

63102-112599