RECEIVED
JUL 31 2020
BY MAIL

5 Barker Drive
Ste. Genevieve, Mo
63670

July 28, 2020

Your Honorable Judge
Mr. Autry
111 S. Tenth street
St. Louis, Mo 63102

RE: 4/19 CR 770 hea

Your Honor,

  I'm writing to ask the Court to appoint a different counsel to assist me thru the legal process of my present legal matter to avoid "a reasonably probable that a more favorable determination would have resulted in the absence of counsel's failing" (Strickland v. Washington 466 U.S. 668) because "a defendant counts on his attorney to evaluate evidence under the applicable law, understand how it supports or detracts from the government case, and use it to advocate for him" (Taylor v. United States (S.D Ind 2020))

My present counsel has not filed one motion that I asked to be filed, nor has she gathered any evidence that I asked of her and her private investigator, that has caused me to lose exculpatory evidence and also extend my pre-trial incarceration. "Strickland emphasizes that the core of the 6th amendment right to effective assistance is a requirement that counsel stand up as an adversary to the prosecution and an advocate for the defendant (Strickland 466 U.S. at 685). I don't know how to implement different Court rules or how to file certain motions, my motion to suppress evidence was denied (Franks v. Delaware 438 U.S. 154 (1978)) and that motion is a key to my case. And this is why I'm asking for an appointment of a different counsel. Your understanding and assistance would be and is greatly appreciated, thank you for your time.

Humbly submitted

Anthony Lemley 72889
S Basler Drive
Ste. Genevieve, Mo
63670

United States District Court
Eastern District of Missouri
Eastern Division

| United States of America | Cause No. 4/19 CR 770 hea |
| --- | --- |
| vs. | Motion: |
| ANTHONY LEMICY | APPOINTMENT of NEW COUNSEL |

I am writing today, pro se, to ask the Court to remove the present counsel from representing me and to appoint another to be my counsel in my on going Federal Charge.

I Anthony Lemicy, declare under penalty of perjury pursuant to 28 U.S.C 1746, that the foregoing is true and correct.
Signed on this 24th day of July 2020

JOHN RUESSLER
Notary Public · Notary Seal
STATE OF MISSOURI
STE. GENEVIEVE COUNTY
My Commission Expires November 14, 2022
Commission #18109880

Respectfully Submitted

Anthony Lemicy 72889
5, Basler Drive
Ste. Genevieve, Mo 63670

Attn: The Honorable Judge
Mr. Autry
111. South Tenth Street
St. Louis, Mo 63102

SAINT LOUIS MO 630
29 JUL 2020 PM 9 1FOREVER

RECEIVED
JUL 31 2020
BY MAIL

MAILED FROM
STE GENEVIEVE
COUNTY
DETENTION CENTER

63102-112599