**FILED**

APR 2 8 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1-4:19-cr-00770-HEA |
| | ) | |
| ANTHONY LEMICY, | ) | |
| | ) | |
| Defendant. | ) | |

## SUPERSEDING INDICTMENT

## COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1.    Federal law defined the term:

    (a)    "minor" to mean any person under the age of eighteen years (18 U.S.C. Section 2256(a));

    (b)    "sexually explicit conduct" to mean actual or simulated

        (i)    sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

        (ii)    bestiality,

        (iii)    masturbation,

        (iv)    sadistic or masochistic abuse, or

        (v)    lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. Section 2256(2)(A)); and

(c)     "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C. Section 2256(6));

(d)     "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A)     the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C)     such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2.     The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3.     Between on or about July 16, 2019, and on or about July 26, 2019, in the Eastern District of Missouri, and elsewhere,

**ANTHONY LEMICY,**

the Defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce minors, M.R. and K.C., to engage in sexually explicit conduct, specifically, Anthony Lemicy produced videos of M.R. and K.C. in a lascivious display of their genitals, and said sexually explicit

2

conduct was for the purpose of producing a visual depiction of such conduct, to wit: a video of

M.R. and K.C. in a lascivious display of their genitals, and such depictions were produced using

materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a

cell phone.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

## COUNT TWO

The Grand Jury further charges that:

1.     The allegations contained in paragraphs one, two, and three of Count I of this

Indictment are incorporated by reference as if fully set forth herein.

2.     Between on or about January 1, 2019, and on or about July 26, 2019, in the Eastern

District of Missouri, and elsewhere,

## ANTHONY LEMICY,

the Defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce minor,

L.R., to engage in sexually explicit conduct, specifically, Anthony Lemicy produced a video of

himself using his penis to touch the genitals of L.R., and said sexually explicit conduct was for

the purpose of producing a visual depiction of such conduct, to wit: a video of a penis touching

L.R.'s genitals, and such depiction was produced using materials that had been mailed, shipped,

or transported in interstate and foreign commerce, i.e., a cell phone.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

## COUNT THREE

The Grand Jury further charges that:

3

1.      The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2.      Between on or about January 1, 2019, and on or about July 26, 2019, in the Eastern District of Missouri, and elsewhere,

## ANTHONY LEMICY,

the Defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce minor, L.R., to engage in sexually explicit conduct, specifically, Anthony Lemicy produced a video of himself attempting to penetrate the anus of L.R., and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: a video of a himself attempting to penetrate the anus of L.R., and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a cell phone.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT FOUR

The Grand Jury further charges that:

1.      The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2.      Between on or about January 1, 2019, and on or about July 26, 2019, in the Eastern District of Missouri, and elsewhere,

## ANTHONY LEMICY,

the Defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce minor, L.R., to engage in sexually explicit conduct, specifically, Anthony Lemicy produced a video of L.R. in a lascivious display of her genitals, and said sexually explicit conduct was for the

4

purpose of producing a visual depiction of such conduct, to wit: a video of L.R.in a lascivious

display of her genitals, and such depictions were produced using materials that had been mailed,

shipped, or transported in interstate and foreign commerce, i.e., a cell phone.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18,

United States Code, Section 2251(e).

A TRUE BILL.

_____

FOREPERSON

SAYLER FLEMING
United States Attorney

_____

COLLEEN C. LANG, #56872MO
Assistant United States Attorney

5