RECEIVED
MAR 23 2023
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,

* PLANTIFF,

S1-4:19-CR0770-HEA

ANTHONY LEMICY,

DEFENDANT.

## Defense Response to the Governments Motion in Limine to Exclude Proposed Defense Witness List

Comes now the defendant, pro-se (hereinafter Mr. Lemicy) a Federal pre-trial inmate presently housed in Ste. Genevieve, Mo in the Eastern District of Missouri, files this response.

The defendant received the Government's Motion in Limine requesting the Court to prohibit Mr. Lemicy, and his stand-by-counsel from calling witnesses that were listed in the Request to Subpeona Witnesses (DKD 205). In the Motion, the Government outlined why the testimony should be

excluded, this is Ms. Lemicy's reply.

Even though I have had a suppression hearing, my stand-by-counsel did not advise or assist me with calling witnesses or even getting documents admitted to substantiate my argument. The questions that I would like to ask go beyond what I listed in the Motion.

1) The Government moves to exclude Investigator Donya Jackson, as the investigator for the Government. Ms. Jackson has had a hand in the complete process of the case-in-chief, so she has first hand knowledge of the investigation, and the evidence at hand, so her testimony is relevant to my defense, and not just the search warrant.

2) In regard to Detective Wilferd, the Government ask that any testimony surrounding the legality of the search warrant be excluded. It is my constitutional right to present a full picture to my peers that hold my freedom in their hands. For the Government to try and limit my questions to me is a violation of my constitutional rights.

3) The Government request that special agent Mr. Wick Macnice be excluded from testifying due to his testimony having no relevance to the case-in-chief. A city of St. Louis detective utilized the software at the USSS field office instead of applying for a valid Federal search warrant. The jury needs to hear all the evidence, not just what the Government feels is important.

4) Mr. Radefeld, after 2 long years finally paid me a visit here at the jail, and during our conversation he objected as well to Mr. Lemicy calling Judge Mensah, and Judge Bryant to testify at the trial, his reason where that Mr. Lemicy, could get the same answers from Ms. Donya Jackson, and Mr. David Wilferd that he could from both of the Judges. Mr. Radefeld said that he will not subpeona the judges.

  For the foregoing reasons the Defendant prays that the Court allows the mentioned parties to testify.

        Respectfully submitted

Anthony Lemicy 72889
5 Basler Drive
Ste. Genevieve, MO 63670

SAINT LOUIS MO 630

RECEIVED
MAR 23 2023
BY MAIL

MAILED FROM
STE GENEVIEVE CO
DETENTION CENTER

Honorable Judge
Mr. Autrey - Court Clerk - 10th floor
111 S. 10th Street
St. Louis, MO 63102

63102-112599